UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
282 MOUNTAINVIEW DRIVE LLC,                              Docket No. 19-CV 2048 (CS)

        Plaintiff,

  -against-

NORGUARD INSURANCE COMPANY,

        Defendant.
-----------------------------------------------------------x     **ORDER**
NORGUARD INSURANCE COMPANY,

        Defendant/Third-Party Plaintiff,

  -against-

INFINITY INSURANCE BROKERAGE INC.,
Now known as SKYSCRAPER INSURANCE
SERVICES, INC.,

        Third-Party Defendant.
-----------------------------------------------------------x

This matter having come before the Court at a Pre-Motion Conference on August 5, 2020 for the entry of an Order modifying this Court's Confidentiality Stipulation and Order dated September 18, 2019 ("Confidentiality Order") (Docket 30)

**IT IS HEREBY** Ordered that:

Paragraph 7 of the Confidentiality Order is hereby modified to the extent that the Settlement Agreement between Plaintiff 282 Mountainview Drive LLC and Defendant Third-Party Plaintiff Norguard Insurance Company, dated June 23, 2020 ("Settlement Agreement"), may be disclosed by Third-Party Defendant Infinity Insurance Brokerage Inc. now known as Skyscraper Insurance Services, Inc. ("Skyscraper"), if deemed necessary by counsel for Skyscraper, in any continuing litigation against Skyscraper by Plaintiff, including the lawsuit pending in the Supreme

Court of the State of New York, County of Orange styled *282 Mountainview Drive LLC and Board of Managers of 282 Mountainview Drive Condominium v. Travelers Casualty Insurance Company of America, Falkovits Insurance Agency and Infinity Insurance Brokerage, Inc., now known as Skyscraper Insurance Services, Inc.*, Index No. EF00243/20. All other provision of the Confidentiality Order remain in effect; and

**IT IS FURTHER HEREBY** Ordered that the Settlement Agreement and its terms may be disclosed to personnel of the Utica Mutual Insurance Group actually engaged in the management of this litigation ~~in same manner as a party to this litigation~~ subject to compliance with paragraph 8 of the Confidentiality Order.

SO ORDERED:

_Cathy Seibel_  8/5/20
Cathy Seibel, U.S.D.J.

2