UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

282 MOUNTAIN VIEW DRIVE LLC,

        Plaintiff/Counterclaim Defendant,

- against -

NORGUARD INSURANCE COMPANY,

        Defendant/Counterclaimant.

Docket No.:
19 CV 2048 (CS)

**JUDGMENT**

---

NORGUARD INSURANCE COMPANY,

        Third-Party Plaintiff,

- against –

INFINITY INSURANCE BROKERAGE INC., now known as SKYSCRAPER INSURANCE SERVICES, INC.,

        Third-Party Defendant.

---

THIS 2d day of August, 2021, in accordance with its July 12, 2021 Opinion and Order (Dkt. 79), the Court hereby enters Judgment as follows:

1. Judgment is entered in favor of defendant/third-party ~~defendant~~ plaintiff CS NorGUARD Insurance Company ("NorGUARD") against third-party defendant Skyscraper Insurance Services, Inc., formerly known as Infinity Insurance Brokerage Inc. ("Skyscraper") on its third-party claims in this action in the sum of $795,895.45, consisting of a $750,000 settlement, $33,250 in legal fees and $12,645.45 in expenses;

2. Judgment is entered in favor of NorGUARD and against Skyscraper for pre-judgment interest on the sum of $71,630, calculated as simple interest based on the rate of 9% from July 1, 2020 through July 1, 2021;

4. Judgment is entered in favor of NorGUARD and against Skyscraper for post-judgment interest on the award of $867,525.45 (the damages award inclusive of pre-judgment interest) at the rate of .07% compounded annually from the date this Judgment is entered and until the Judgment is paid.

5. The Clerk shall close the case.

*[signature: Cathy Seibel]*

The Honorable Cathy Seibel
United States District Judge